IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

J. L. H.,

Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2169

Opinion filed February 1, 2017.

An appeal from an order of the Circuit Court for Escambia County.
Michael G. Allen, Judge.

J. L. H., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Stephanie C. Zimmerman, Appellate Counsel, Department of Children and Families, Tallahassee, for Appellee. Kelly A. Swartz, Guardian ad Litem Program, Sanford.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., WINOKUR, and M.K. THOMAS, JJ., CONCUR.